IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH CHESTER PARZYCK, III,

    Plaintiff,

vs.                                                  CASE NO. 5:07cv107/RS-MD

DR. DANIEL P. CHERRY,

    Defendant.

_____/

### ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 71). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion to Dismiss (Doc. 67) is **granted**. This case is dismissed without prejudice.

3. The clerk is directed to close the file.

**ORDERED** on April 27, 2009.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**