IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

IN RE:   REFERRAL OF CIVIL AND CRIMINAL          Misc No. 4-95-mc-40111
CASES TO MAGISTRATE JUDGE
CHARLES J. KAHN, JR.

ADMINISTRATIVE ORDER

Charles J. Kahn, Jr. was appointed as a United States Magistrate Judge in the Northern District of Florida, Pensacola Division, effective March 4, 2011. With this appointment, the court's administrative order, document #128, entered on January 31, 2011 is hereby rescinded. Effective March 7, 2011 the Clerk is directed to reassign to Magistrate Judge Charles J. Kahn, Jr. all pending cases previously assigned to Magistrate Judge Miles Davis, except for the following cases, which will remain assigned to Recall Magistrate Judge Miles Davis:

| | |
|---|---|
| 3:08-cv-510 | 3:08-cv-552 |
| 3:08-cv-562 | 3:10-cv-15 |
| 3:10-cv-71 | 3:10-cv-98 |
| 3:10-cv-154 | 3:10-cv-285 |
| 3:10-cv-295 | 3:10-cv-340 |
| 3:10-cv-351 | 3:10-cv-386 |
| 3:10-cv-418 | 3:10-cv-420 |
| 3:10-cv-480 | 3:10-cv-517 |
| 3:10-cv-524 | 3:10-cv-531 |
| 3:10-cv-538 | 5:08-cv-292 |
| 5:10-cv-217 | 5:10-cv-243 |
| 5:10-cv-264 | 5:10-cv-292 |
| 3:11-cv-2 | |

The court's administrative order Re: Referral of Civil and Criminal Cases to Magistrate Judges, dated September 30, 2008, document #112, will remain in effect with Magistrate Judge Kahn's name replacing Magistrate Judge Miles Davis' name in the percentage of cases referred on a random basis.

Recall Magistrate Judge Davis will no longer receive random case referrals, but by order of the court may receive direct assignment of cases.

SO ORDERED this 7th day of March, 2011.


/s/ Stephan P. Mickle
Stephan P. Mickle
Chief United States District Judge